# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of February, two thousand and fifteen.

Before:     Ralph K. Winter,
                  *Circuit Judge.*

_____

TADCO Construction Corporation, Thomas Demartino,

Plaintiffs-Counter-Defendants-Appellants,         **ORDER**

     v.                                             Docket No. 14-3928

Dormitory Authority of the State of New York,

Defendant-Counter-Claimant-Appellee,

Tyrone Middleton, Pat Cinelli, James Gray, John Does #1-#5,

Defendants-Appellees.

_____

     Appellant TADCO Construction Corporation moves for an extension until March 30, 2015 to file its principal brief and appendix.

     IT IS HEREBY ORDERED that the motion is GRANTED. Appellant must understand that this appeal may not remain pending indefinitely. Therefore, the appeal is dismissed effective March 30, 2015 unless a brief is filed by that date. A motion for reconsideration or other relief will not stay the effectiveness of this order. See <u>RLI Ins. Co. v. JDJ Marine, Inc.</u>, 716 F.3 41, 43-45 (2d Cir. 2013).

                                                     For the Court:

                                                   Catherine O'Hagan Wolfe,
                                                   Clerk of Court

